IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>STEPHANIE CUNNINGHAM,<br>    Defendant.<br><br>    and<br><br>FNB COMMUNITY BANK,<br>and its successors or assigns,<br>    Garnishee. | Case No. CR-20-00271-JD |

## ORDER FOR DISPOSITION OF GARNISHED FUNDS

The United States of America caused a Writ of Garnishment to be issued to FNB Community Bank, on July 21, 2021 [Doc. No. 39]. On July 30, 2021, Garnishee filed an Answer [Doc. No. 40]. Thereafter, the United States filed a Partial Release of Garnishment, releasing the Writ of Garnishment "only as it pertains to the account jointly owned with Seth Cunningham in the amount of $3,167.11" and partially discharging FNB Community Bank from "any claim and cause of action arising from said Writ of Garnishment only as it pertains to the account jointly owed with Seth Cunningham." [Doc. No. 41].

A review of the court record demonstrates that Defendant has filed no objection or request for a hearing. Under 28 U.S.C. § 3205(c)(7), "[a]fter the garnishee files an answer and if no hearing is requested within the required time period, the court shall

promptly enter an order directing the garnishee as to the disposition of the judgment debtor's nonexempt interest in such property."

Consistent with 28 U.S.C. § 3205(c)(7), with the exception of $3,167.11 in the account that is jointly owned with Seth Cunningham [*see* Doc. No. 41], Garnishee is ORDERED to disburse all nonexempt monies and property of Defendant withheld since the date of service of the Writ, and make all future payments and monies withheld under the continuing Writ payable to the:

> U.S. District Court Clerk
> U.S. Courthouse
> 200 N.W. 4th, Suite 1210
> Oklahoma City, OK 73102

IT IS SO ORDERED this 3rd day of September 2021.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE